AUSA

FILED
AUG 0 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8696

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Leopoldo BECERRA, Defendant. | 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

COUNT I

That on or about August 5, 2008, within the Southern District of California, defendant Leopoldo BECERRA , did knowingly and intentionally import approximately 77.00 kilograms (169.40 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

COUNT II

That on or about August 5, 2008, within the Southern District of California, defendant Leopoldo BECERRA , did knowingly and intentionally import approximately 3.50 grams of heroin, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Christina Johnson, Special Agent
Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 6TH DAY OF AUGUST, 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Leopoldo BECERRA

STATEMENT OF FACTS

This complaint is based on the personal observations, investigation, and information furnished to Bureau of Immigration and Customs Enforcement Special Agent Christina Johnson.

On August 5, 2008, at approximately 0510 hours, Leopoldo BECERRA (BECERRA) entered the United States from the Republic of Mexico at the Calexico, California, east port of entry. BECERRA was the driver of a black 1989 Ford Ranger bearing California license plate 8N16645.

Primary Customs and Border Protection (CBP) Officer J. Mendez received a negative Customs declaration from BECERRA. BECERRA presented his valid passport. While conducting an inspection of the vehicle, CBP Officer Mendez noticed that underneath the truck bed there was some type of metal or plastic. CBP Officer Mendez asked BECERRA if there was any way to check underneath the rear bed of the truck and BECERRA replied "that's the way it is". CBP Officer Mendez decided to refer the vehicle to the secondary lot for further inspection. BECERRA appeared irritated.

In secondary, the CBP Officer C. Rodriguez received the vehicle. CBP Officer Rodriguez requested that Border Patrol (BP) Agent S. Contreras utilize his Narcotics Detector Dog (NDD) to screen the vehicle. The NDD alerted to the flat bed of the truck and inside the cabin.

A thorough physical search of the vehicle revealed packages in a specially built compartment within the flatbed of the truck. CBP Officer Rodriguez removed one package. A presumptive field test indicated the contents of these packages to be marijuana. Twenty (20) packages were discovered in the compartment. The total weight of the packages was approximately 77.00 kilograms (169.40 pounds). Also discovered in BECERRA's lunch cooler were two syringes. One of the syringes

contained a dark liquid which field tested positive for heroin. The total weight of the heroin was 3.5 grams.

BECERRA was notified of his arrest and advised of his Miranda Rights, which he acknowledged and waved. BECERRA admitted knowledge of the controlled substance and stated he was to be paid approximately $3,000.00 for the smuggling venture. BECERRA was processed and transported to Imperial County Jail.